

LAW OFFICES OF SIMON HARTER, ESQ.
Simon Harter (SH-8540)
304 Park Avenue South – 11th Floor
New York, New York 10010
(212) 979-0250 – Phone
(212) 979-0251 – Fax
Attorneys for Plaintiff, Metall und Rohstoff
Shipping (and Holdings) B.V.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
METALL UND ROHSTOFF SHIPPING (AND :
HOLDINGS) B.V.,                                          :
                                                         :
              Plaintiff,                    :
                                                         :
  -against-                                              :
                                                         :
                                                         :
FERLAND AND CO LTD.,                                     :
                                                         :
              Defendant.                    :
------------------------------------------------------------x

Cote, J.

08 CV 1870

**RULE 7.1 STATEMENT**

       Plaintiff, METALL UND ROHSTOFF SHIPPING (AND HOLDINGS) B.V., by and through undersigned counsel, Law Offices of Simon Harter, Esq., and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that its parent corporation is Macsteel International Holdings B.V., and that no other publicly-held corporation owns 10% or more of its stock.

Dated:    February 25, 2008

                                    **LAW OFFICES OF SIMON HARTER, ESQ.**
                                    Attorneys for Plaintiff,
                                    METALL UND ROHSTOFF SHIPPING (AND
                                    HOLDINGS) B.V.

By: _/s/ Simon Harter_

                                    Simon Harter (SH-8540)
                                    304 Park Avenue South – 11th Floor
                                    New York, New York 10010
                                    (212) 979-0250 (Phone)
                                    (212) 979-0251 (Fax)