LAW OFFICES OF SIMON HARTER, ESQ.
Simon Harter (SH-8540)
304 Park Avenue South – 11th Floor
New York, New York 10010
(212) 979-0250   Phone
(212) 979-0251 – Fax
Attorneys for Plaintiff, Metall und Rohstoff
Shipping (and Holdings) B.V.



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
METALL UND ROHSTOFF SHIPPING (AND
HOLDINGS) B.V.,

                Plaintiff,

-against-

FERLAND AND CO LTD.,

                Defendant.
-------------------------------------------------------------x

08 CV 1870

**ORDER APPOINTING**
**PROCESS SERVER**

    Plaintiff, having moved for an Order pursuant to Fed.R.Civ. 4(c) appointing Gerald Weathers, or any other person appointed by Law Offices of Simon Harter, Esq., who is over 18 years of age and not a party to this action, to serve a Process of Maritime Attachment and Garnishment in this matter, and it appearing from the Affirmation of Simon Harter, Esq., that such appointment will result in substantial economies of time and expense,

    **NOW**, on motion of Law Offices of Simon Harter, Esq., Attorneys for Plaintiff, it is

    **ORDERED**, that Gerald Weathers or any other person at least 18 years of age and not a party to this action, appointed by Law Offices of Simon Harter, Esq., be and hereby is, appointed to serve the Order Directing Clerk to Issue Process of Maritime Attachment and

- 2 -

Garnishment, the Process of Maritime Attachment and Garnishment, any Supplemental Process, and a copy of the Verified Complaint on all garnishees as so permitted therein.

Dated:    February 26, 2008          **SO ORDERED:**

_____
U.S.D.J.