LAW OFFICES OF SIMON HARTER, ESQ.
Simon Harter (SH-8540)
304 Park Avenue South – 11th Floor
New York, New York 10010
(212) 979-0250 - Phone
(212) 979-0251 - Fax
Attorneys for Plaintiff, Metall und Rohstoff
Shipping (and Holdings) B.V.





**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
METALL UND ROHSTOFF SHIPPING (AND  :
HOLDINGS) B.V.,
                                      Plaintiff,   :

  -against-                                      :  **AFFIRMATION IN SUPPORT**
                                           :  **OF MOTION FOR APPOINTMENT**
                                           :  <u>**OF PROCESS SERVER**</u>
FERLAND AND CO LTD.,                  :

                               Defendant.  :
------------------------------------------------------------x

       I, **SIMON HARTER**, make this declaration pursuant to 28 U.S.C. §1746 in support of Plaintiff's Motion for Appointment of Process Server pursuant to Fed.R.Civ.P. 4(c).

    1.    I am a member of the law firm of Law Offices of Simon Harter, Esq., attorneys for Plaintiff herein, and a member of the Bar of this Court.

    2.    I respectfully request that the Court appoint Gerald Weathers, or any other person appointed by Law Offices of Simon Harter, Esq., who is over 18 years of age, and is not a party to this action, to service Process of Maritime Attachment and Garnishment in this matter.

    3.    I understand that there is a manpower shortage in the office of the U.S. Marshal and of the inability of that office to effect service of process on a few hours notice.

- 2 -

4.      In view of the deficiency of manpower in the U.S Marshal's office, and the necessity of immediate service of process in this matter, it is respectfully requested that Gerald Weathers, or any other person appointed by Law Offices of Simon Harter, Esq., be appointed to effect such service. Such appointment will result in a substantial saving of travel fees and other fees to the U.S. Marshal.

5.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 25th day of February, 2008.

_____
SIMON HARTER (SH-8540)